USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10·3-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORENZO RODRIGUEZ,

    Petitioner,

- against -

CYRUS R. VANCE, JR., et al.,

    Respondents.

18 Civ. 6202 (JGK)

MEMORANDUM OPINION AND ORDER

JOHN G. KOELTL, District Judge:

The petitioner requests that the Court appoint counsel to represent him. (Dkt. No. 3.) Under 28 U.S.C. § 1915, the Court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). However, for the Court to order the appointment of counsel, the petitioner must, as a threshold matter, demonstrate that his claim has substance or a likelihood of success on the merits. See See Hodge v. Police Officers, 802 F.2d 58, 60-61 (2d Cir. 1986). The Court cannot make such a determination until there is further briefing of the petition on the merits. Thus, the petitioner's application for the Court to appoint counsel is **denied without prejudice**. The Clerk of Court is directed to close Docket Number 3.

SO ORDERED.

Dated:    New York, New York
          October 2, 2018

                                  John G. Koeltl
                              United States District Judge