USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __1·29·20__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LORENZO RODRIGUEZ,**

                Petitioner,              18-cv-6202 (JGK)

      - against -                  **ORDER**

**SUPERINTENDENT OF CLINTON CORRECTIONAL FACILITY,**

                Respondent.

---

**JOHN G. KOELTL, District Judge:**

The Court previously denied the petitioner's request to stay the case and ordered that the petitioner file his reply to the response to his petition by **June 30, 2019**. Dkt. No. 27. No reply has been submitted.

The petitioner should submit his reply by **March 2, 2020**. If the petitioner does not file a response by that date, the Court will decide the motion on the papers that have been submitted.

The previous order referring this case to the Magistrate Judge, Dkt. No. 28, is withdrawn.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **January 28, 2020**

                                            John G. Koeltl
                                      **United States District Judge**

Chambers has mailed a copy of this Order and the Memorandum Opinion and Order (Dkt. No. 27) to the pro se plaintiff at the docket address.