**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**LORENZO RODRIGUEZ,**

                Petitioner,          18-cv-6202 (JGK)

    - against -                   ORDER

**SUPERINTENDENT OF CLINTON**
**CORRECTIONAL FACILITY,**

                Respondent.
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    In his response brief dated February 4, 2019, and filed February 24, 2020, (Docket No. 30), the petitioner appears to raise new claims, in particular a claim for a Brady/Bagley violation and an equal protection violation. Therefore, the respondent may submit a further reply by **May 15, 2020.**

**SO ORDERED.**

Dated:    **New York, New York**
            **April 18, 2020**          /s/ John G. Koeltl
                                        **John G. Koeltl**
                                **United States District Judge**

Chambers has mailed a copy of this Order to the pro se plaintiff at the docket address.