# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

**LORENZO RODRIGUEZ,**

                        Plaintiff,                    18 **CIVIL** 6202 (JGK)

       -against-                               **<u>JUDGMENT</u>**

**SUPERINTENDENT OF CLINTON**
**CORRECTIONAL FACILITY,**

                        Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 6, 2021, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the reasons explained in the Order, the petition for a writ of habeas corpus is dismissed, and the case is closed. Because the petitioner has failed to make a substantial showing of the denial of a constitutional right, the Court declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal.

**DATED:**  New York, New York
               January 6, 2021

                                                           **RUBY J. KRAJICK**
                                                           _____
                                                             Clerk of Court
                                          **BY:**
                                                             Deputy Clerk